# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

126556

ROSEANNE DAVIDSON and JOHN DAVIDSON,
      Plaintiffs-Appellees,

v

DAIMLERCHRYSLER MOTORS COMPANY,
L.L.C., DAIMLERCHRYSLER CORPORATION,
and DAIMLERCHRYSLER CANADA, INC.,
      Defendants-Appellants.

SC: 126556
COA: 254400
Oakland CC: 2003-052353-NP

_____/

By order of June 10, 2005, the application for leave to appeal was held in abeyance pending the decision in *Radeljak v DaimlerChrysler Corp* (Docket No. 127679). On order of the Court, the case having been decided on July 19, 2006, 475 Mich ___ (2006), the application is again considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Oakland Circuit Court for reconsideration of the motion for dismissal on *forum non conveniens* grounds in light of *Radeljak.*

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
               Clerk

t0918